IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GEORGE MORRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | Cause No. 4:16-cv-208 |
| | § | |
| | § | |
| RESTORED INVESTMENTS, LLC; | § | |
| PELLA CORPORATION, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## INDEX OF STATE COURT PLEADINGS AND DOCUMENTS

Defendant Pella Corporation files its Index of State Court Pleading and

Documents, and states:

| **Exhibit** | | **Date** |
|---|---|---|
| 1. | Petition: Small Claims Case; | 02/19/2016 |
| 2. | Affidavit: Section 201(b) (Restored Investments); Affidavit: Section 201(b) (Pella Corp.) | 02/19/2016 |
| 3. | Justice Court Civil Case Information Sheet | 02/19/2016 |
| 4. | Money Order and Citation to "Restored Investments" | 02/29/2016 |
| 5. | Money Order and Citation to "Pella Corp" | 02/29/2016 |
| 6. | Officer's Return; Invoice; and Petition | 03/08/2016 |
| 7. | Defendant's Pella Corporation's Original Answer | 03/16/2016 |
| 8. | Defendant Restored Investments, LLC Original Answer | 03/21/2016 |



EXHIBIT

**A**

Respectfully submitted,


_/s/ C. Michael Moore___
C. Michael Moore
State Bar No. 14323600
c.michael.moore@dentons.com
Kelley C. Cox
State Bar No.  24092291
kelley.cox@dentons.com
Dentons US LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX  75201-1858
(214) 259-0900 -- *Telephone*
(214) 259-0910 -- *Facsimile*
Alan H. Silberman
Sate bar No. 2603721
alan.silberman@dentons.com
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
(312) 876-8000 -- *Telephone*
(312) 876-7934 -- *Facsimile*

***ATTORNEYS FOR DEFENDANT
PELLA CORPORATION.***



**EXHIBIT**
**1**

## PETITION: SMALL CLAIMS CASE

CASE NUMBER (Court Use Only): 31-SC- 16 - 00050

**Plaintiff(s):** George Morris
**Address:** PO B 864091
Plano            TX        75086            Ø
City            State        Zip            Phone

VS.

**Defendant(s):** Restored Investments LLC
By Serving: Diane M Ferrante
Phone: 214-263-4880
**Address:** 2300 Pinehurst Dr
Flower Mound   TX   75028   Denton
City            State        Zip            County

**IN THE JUSTICE COURT**

JUSTICE OF THE PEACE
PRECINCT 3-1

COLLIN COUNTY, TEXAS

Service: Denton County Sheriff
$75 → JP-4 : 972-434-3980
217 N. Oak St.
Roanoke TX 76262

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
Defendant placed 5 sales calls to plaintiff's Do Not Call (DNC) list registered phone number in violation of the Telephone Consumer Protection Act (TCPA). These calls were willful violations of the law & plaintiff seeks $1500 damages per call.

**RELIEF:** Plaintiff seeks damages in the amount of $ 7500⁰⁰ , and/or return of personal property as described as follows (be specific): n/a , which has a value of $ n/a .
Additionally, plaintiff seeks the following: Court fees of $41 + $75 + $75

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:

George Morris
Petitioner's Printed Name

GM
Signature of Plaintiff or Attorney
a PO Box 864091
Address of Plaintiff or Attorney
Plano            TX        75086
City            State        Zip

Ø
Phone Number/Fax Number

2016 FEB 19 PM 4:10 FILED
BY CFX
JUSTICE COURT PCT 3-1

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE ONE OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK
JUSTICE COURT PCT. 3-1
COLLIN COUNTY, TEXAS

920 East Park Blvd, Ste 203, Plano, TX 75074 Ph#972-881-3001; Fax#972-881-3157; email: jp3_1admin@collincountytx.gov

**PETITION: SMALL CLAIMS CASE**

CASE NUMBER (Court Use Only):31-SC-_16-00050_

Plaintiff(s): _____

Address: _____

_____
City    State    Zip    Phone

VS.

**IN THE JUSTICE COURT**

JUSTICE OF THE PEACE
PRECINCT 3-1

COLLIN COUNTY, TEXAS

2nd Defendant(s): *Pella Corporation*

By Serving: *Corporation Service Company*

Phone: *866-403-5272*

Address: *211 E 7th St, Suite 620*
*Austin      TX      78701-3218*
City    State    Zip    County

*Service:*
*Constable Carlos Lopez*
*PO Box 1748*
*Austin TX  78767*

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
*See 1st sheet.*
_____
_____
_____
_____

**RELIEF:** Plaintiff seeks damages in the amount of $_____, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: _____

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:

*George Morris*
Petitioner's Printed Name

*Gym*
Signature of Plaintiff or Attorney
*PO Box 864091*
Address of Plaintiff or Attorney
*Plano      TX      75086*
City    State    Zip

_____
Phone Number/Fax Number

**FILED** 2016 FEB 10 PM 3:10 JUSTICE CLERK PCT 3-1

920 East Park Blvd, Ste 220, Plano, TX 75074 Ph#972-881-3001; Fax#972-881-3157; email: jp3_1admin@collincountytx.gov


EXHIBIT
2

CASE NO. 31 SC 16 - 00050

## AFFIDAVIT SECTION 201 (b)

Plaintiff being duly sworn on oath deposes and says that defendant (s):

(Please check the **ONE** that applies, sign below as Plaintiff and have this form Notarized)

1st Defendant
Restored
Investments

[ ]   is NOT in the military.

[ ]   is NOT on active duty in the military and/or

[ ]   is NOT in a foreign country on military service.

[ ]   is on active military duty and/or is subject to the Servicemembers Civil Relief Act of 2003.

[ ]   defendant has waived his rights under the Servicemembers Civil Relief Act of 2003.

[ ✓ ]   military status is unknown at this time.

*FILED*
*2016 FEB 19 PM 3: 10*
*BY CLERK*
*JUSTICE COURT PCT 3-1*

_____
PLAINTIFF

Sworn to and subscribed before me on the __19th__ day of __Feb.__, 20 16

STATE OF TEXAS
COUNTY OF COLLIN

_____                    _____
NOTARY PUBLIC SIGNATURE                             SEAL

**OR**

_____                    _____
CLERK OF THE COURT                                  CLERK SEAL

*CLERK OF THE JUSTICE COURT*
*COLLIN COUNTY, TEXAS*
*PRECINCT*

**Penalty for making or using false affidavit** -- a person who makes or uses an affidavit knowing it to be false, shall be fined as provided in the Title 18 United States Code, or imprisoned for not more than one year, or both.

CASE NO. 31-31 SC 16 0005D

## AFFIDAVIT SECTION 201 (b)

Plaintiff being duly sworn on oath deposes and says that defendant (s):

2nd Defendant: (Please check the **ONE** that applies, sign below as Plaintiff
and have this form Notarized)

Pella
Corp-

[  ]   is NOT in the military.

[  ]   is NOT on active duty in the military and/or

[  ]   is NOT in a foreign country on military service.

[  ]   is on active military duty and/or is subject to the
Servicemembers Civil Relief Act of 2003.

[  ]   defendant has waived his rights under the
Servicemembers Civil Relief Act of 2003.

[✓]   military status is unknown at this time.

FILED
2016 FEB 19  PM 3: 10
BY CLERK
JUSTICE COURT PCT 3-1

_____
PLAINTIFF

Sworn to and subscribed before me on the __19__ day of __Feb._____, 20_16_

STATE OF TEXAS
COUNTY OF COLLIN

_____        _____
NOTARY PUBLIC SIGNATURE                  SEAL

**OR**

_____        _____
CLERK OF THE COURT                       CLERK SEAL

CLERK OF THE JUSTICE COURT
PRECINCT
COLLIN COUNTY TEXAS

Penalty for making or using false affidavit -- a person who makes or uses an
affidavit knowing it to be false, shall be fined as provided in the Title 18 United
States Code, or imprisoned for not more than one year, or both.

**EXHIBIT**

**3**

## JUSTICE COURT CIVIL CASE INFORMATION SHEET (4/13)

CAUSE NUMBER *(FOR CLERK USE ONLY):* 31 SC 16-16-00050

STYLED _____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | | 2. Names of parties in case: |
|---|---|---|
| Name: George Morris | Telephone: Ø | Plaintiff(s): George Morris |
| Address: PO Box 864091 | Fax: Ø | |
| City/State/Zip: Plano TX 75086 | State Bar No: Ø | Defendant(s): Restored Investments LLC & Pella Corporation |
| Email: DNC.Violations@gmail.com | | [Attach additional page as necessary to list all parties] |
| Signature: DM | | |

**3. Indicate case type, or identify the most important issue in the case (select only 1):**

☐ ***Debt Claim***: A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ ***Eviction***: An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ ***Repair and Remedy***: A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☒ ***Small Claims***: A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

EXHIBIT

4

Personal Money Order

No. 1674603231

Void After 90 Days

***$75.00

30-1/1140
NTX

Signature of Purchaser (Drawer)
George Morris — Re: Refund Invest.
Name of Purchaser (Drawer)
PoB 86401 Plano TX 75086
Address                              City, State, Zip

Bank of America

Bank of America, N.A.
SAN ANTONIO, TX
02/18/16 03:34:01 PM

BANK OF
AMERICA

SEVEN 500 CTSCTS
FIVE CTSCTS

Pay  Denton County Sheriff

Not Valid Over $1,000

Not Over $1,000

0003   0006300   0081   PLANO

Bank of America is not liable for lost or stolen Money Orders. For your protection
against loss or theft, sign and complete this Money Order as soon as possible.

⑈1674603231⑈ ⑆114000019⑆ 00164100377⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT
COPY OF THE RECORDS OF THIS COURT. I AM THE CLERK OF THE
COURT FOR THREE PLACE ONE, COLLIN COUNTY, TEXAS
AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF
THE COURT.

CLERK OF THE PEACE
COLLIN COUNTY, TEXAS
JUSTICE OF THE PEACE, PCT. 3-1
COLLIN COUNTY, TEXAS

Cause No. 31-SC-16-00050

| | | |
|---|---|---|
| **GEORGE MORRIS** | § | **IN THE JUSTICE COURT** |
| **VS.** | § | **PRECINCT 3, PLACE 1** |
| **RESTORED INVESTMENTS LLC** | § | **COLLIN COUNTY, TEXAS** |
| **BY SERVING DIANE M** | | |
| **FERRANTE** | | |
| **2300 PINEHURST DR** | | |
| **FLWOER MOUND TX 75028** | | |

THE STATE OF TEXAS TO **RESTORED INVESTMENTS LLC; PELLA CORPORATION**, DEFENDANT, in the hereinafter-styled and numbered cause:

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

This citation is issued pursuant to a petition filed by the above-named plaintiff on February 19, 2016.

Your answer may be filed with this court, located at 920 East Park Boulevard, Suite 220 Plano Texas  75074.

ISSUED this the 29th day of February, 2016.

Chuck Ruckel
Justice of the Peace,
Precinct 3, Place 1
Collin County, Texas

EXHIBIT

5

Bank of America

Personal Money Order

No. 1674603230

Bank of America, N.A.
SAN ANTONIO, TX
Date  02/18/16 03:34:01 PM

Void After 90 Days

30-1/1140
NTX

Pay

BANK OF AMERICA

SEVEN
FIVE CTSCTS

***$75.00

To The
Order Of

Constable Carlos Lopez

Not Valid Over $1,000

0006300      0081          PLANO

Bank of America is not liable for lost or stolen Money Orders.  For your protection
against loss or theft, sign and complete this Money Order as soon as possible.

Signature of Purchaser (Drawer)

George Morris- Re Pella Corp.
Name of Purchaser (Drawer)

POB 864091    Plano TX 75086
Address                    City, State, Zip

HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

THIS ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.

⑈᛽1674603230⑈ ⑊114000019⑊ 0016410037711⑊

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT
COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE
COURT PCT. THREE PLACE ONE OF COLLIN COUNTY, TEXAS
AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF
THE COURT.

JUSTICE COURT
JUSTICE COURT PCT. 3-1
COLLIN COUNTY, TEXAS

Cause No. 31-SC-16-00050

| | | |
|---|---|---|
| **GEORGE MORRIS** | § | **IN THE JUSTICE COURT** |
| **VS.** | § | **PRECINCT 3, PLACE 1** |
| **PELLA CORPORATION** | § | **COLLIN COUNTY, TEXAS** |
| **BY SERVING CORPORATION** | | |
| **SERVICE COMPANY** | | |
| **211 E 7TH ST, STE 620** | | |
| **AUSTIN, TX 78701-3218** | | |

THE STATE OF TEXAS TO **RESTORED INVESTMENTS LLC; PELLA CORPORATION**, DEFENDANT, in the hereinafter-styled and numbered cause:

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

This citation is issued pursuant to a petition filed by the above-named plaintiff on February 19, 2016.

Your answer may be filed with this court, located at 920 East Park Boulevard, Suite 220 Plano Texas 75074.

ISSUED this the 29th day of February, 2016.

Chuck Ruckel
Justice of the Peace,
Precinct 3, Place 1
Collin County, Texas

**EXHIBIT**

**6**

Cause No.: 31SC1600050    {}      In the Justice Court 3-1
                          {}      COLLIN County
Plaintiff:                {}
GEORGE MORRIS

Defendant:
PELLA CORPORATION

Officer's Return

Came to hand March 02, 2016 at 10:28 A.M. and executed in Travis County,
Texas, on March 02, 2016 at 2:41 P.M. by delivering to RESTORED
INVESTMENTS LLC; PELLA CORPORATION by delivering to its registered
agent, Corporation Service Company d/b/a CSC Lawyers Incorporating
Service Company, at 211 E. 7th Street, Suite 620, Austin, Texas 78701, by
delivering to SUE VERTREES, designated agent for service, a true copy of the
citation together with an accompanying copy of the plaintiff's petition.

Carlos B. Lopez,
Travis County Constable Precinct 5
Travis County, Texas

by: _____
Edd Curry, Deputy

2016 MAR -8 AM 7: 58
JUSTICE COURT PCT 3-1
BY CLERK _____
FILED

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT
COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE
COURT PCT. THREE PLACE ONE OF COLLIN COUNTY, TEXAS
AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF
THE COURT.



### Carlos B. Lopez, Constable
Travis County Constable Precinct 5
1003 Guadalupe
Austin, Texas 78701
March 03, 2016

JUSTICE COURT #3-2 COLLIN
920 E PARK BLVD STE 220
PLANO, TX 75074

## INVOICE

Cause Nbr:  31SC1600050-1
Plaintiff:  GEORGE MORRIS
Service Name:  PELLA CORPORATION

Service Fee:  75.00
Payment Received:  75.00
Balance Due:  0.00

Thank you for allowing us to be of service to you in this case.

FILED
2016 MAR -8 AM 7:58
JUSTICE COURT PCT 3-1
BY CLERK _____

Check the status of your civil process at
**www.Constable5.com**
Be sure to bookmark the ServiceCheck page

Cause No. 31-SC-16-00050

| | | |
|---|---|---|
| **GEORGE MORRIS** | § | **IN THE JUSTICE COURT** |
| **VS.** | § | **PRECINCT 3, PLACE 1** |
| **PELLA CORPORATION** | § | **COLLIN COUNTY, TEXAS** |
| **BY SERVING CORPORATION** | | |
| **SERVICE COMPANY** | | |
| **211 E 7TH ST, STE 620** | | |
| **AUSTIN, TX 78701-3218** | | |

THE STATE OF TEXAS TO **RESTORED INVESTMENTS LLC; PELLA CORPORATION,**
DEFENDANT, in the hereinafter-styled and numbered cause:

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

This citation is issued pursuant to a petition filed by the above-named plaintiff on February 19, 2016.

Your answer may be filed with this court, located at 920 East Park Boulevard, Suite 220 Plano Texas 75074.

ISSUED this the 29th day of February, 2016.



Chuck Ruckel
Justice of the Peace,
Precinct 3, Place 1
Collin County, Texas

Carlos B. Lopez
Constable Pct. 5, Travis County, Texas

920 East Park Blvd, Ste 220, Plano, Texas Ph#972-881-3001 Fax#972-881-3157
Website: www.collincountytx.gov   Email: JP3_1admin@collincountytx.gov

pd $75.00 #1674603230

EXHIBIT

7

Cause No. 31-SC-16-00050

| | | |
|---|---|---|
| GEORGE MORRIS, | § | JUSTICE OF THE PEACE |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | PRECINCT NO. 3-1 |
| | § | |
| | § | |
| RESTORED INVESTMENTS, LLC; | § | |
| PELLA CORPORATION, | § | |
| | § | |
| Defendants. | § | COLLIN COUNTY, TEXAS |
| | § | |

## DEFENDANT PELLA CORPORATION'S ORIGINAL ANSWER

Defendant files its original answer, and states:

1. Subject to such admissions and stipulations as may be made at or before time of trial,
Defendant denies generally and specially the material allegations in Plaintiff's Petition,
pursuant to Tex. R. Civ. P. 92, and demands strict proof thereof in accordance with the
requirements of the laws of this state.

2. Defendant requests the following relief:

   a. that Plaintiff take nothing by reason of his suit;

   b. that Defendant be dismissed with its costs; and

   c. that Defendant have such other and further relief, both general and special, at law and
   in equity, to which it may show itself justly entitled.

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT
COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE
COURT FCT. THREE PLACE ONE OF COLLIN COUNTY, TEXAS
AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF
THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-1
COLLIN COUNTY, TEXAS

1

Respectfully submitted,


_/s/ Kelley C. Cox___
Kelley C. Cox
State Bar No. 24092291
kelley.cox@dentons.com
Dentons US LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858
(214) 259-0900 -- *Telephone*
(214) 259-0910 -- *Facsimile*

***ATTORNEY FOR DEFENDANT***
***PELLA CORPORATION***

FILED
2016 MAR 16 PM 1:01
JUSTICE COURT PCT 3-1
BY CLERK_____

2

## CERTIFICATE OF SERVICE

I certify that on March 16, 2016, the foregoing document was served via United States mail and email upon the following:

George Morris
P.O. Box 864091
Plano, Texas 75086
DNC.Violations@gmail.com

Todd Albin
Albin Roach, PLLC
5665 Dallas Parkway, Suite 200
Frisco, TX 75034
Phone: 214-423-5100
talbin@albinroach.com
*Counsel for Co-Defendant,*
*Restored Investments, LLC*

FILED
2016 MAR 16  PM 1:01
JUSTICE COURT PCT 3-1
BY CLERK

/s/  Kelley C. Cox

3

**大成 DENTONS**

Dentons US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201-1858 USA

T  +1 214 259 0900
F  +1 214 259 0910

**FAX TRANSMISSION**

Total pages including this cover sheet: 4

T: 972.881.3001
F: 972.881.3157

To: Clerk, Collin County, Precinct No. 3-1
From: Kelley Cox

Original Answer

Cause No. 31-SC-16-00050

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT
COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE
COURT PCT. THREE PLACE ONE OF COLLIN COUNTY, TEXAS
AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF
THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-1
COLLIN COUNTY, TEXAS

FILED
2016 MAR 16 PM 1:01
JUSTICE COURT PCT 3-1
BY CLERK _____

Original will NOT be mailed

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This fax transmission and any accompanying documents may be confidential and protected by legal privilege. If you do not receive all of the pages of this fax or if any part is illegible, please call. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and destroy all copies.

Please see dentons.com for Legal Notices.

## CAUSE NO. 31-SC-16-00050

| | | |
|---|---|---|
| **GEORGE MORRIS,** | § | **JUSTICE OF THE PEACE** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **PRECINCT NO. 3-1** |
| | § | |
| | § | |
| **RESTORED   INVESTMENTS,** | § | |
| **LLC; PELLA CORPORATION,** | § | |
| **Defendants.** | § | **COLLIN COUNTY, TEXAS** |

## <u>DEFENDANT'S ORIGINAL ANSWER</u>

**NOW COMES** Defendant, Restored Investments, LLC, named Defendant in the above-entitled and numbered cause, and files this Original Answer, and shows the Court:

### GENERAL DENIAL

Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

### PRAYER

Defendant prays the Court, after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

DEFENDANT'S ORIGINAL ANSWER
1


EXHIBIT
8

Respectfully submitted,

Albin Roach, PLLC

By:  /s/ W. Todd Albin
      W. Todd Albin
      Texas Bar No. 00795214
      Email:  talbin@albinroach.com
      5665 Dallas Parkway Suite 200
      Frisco, TX 75034
      Tel. (214) 423-5100
      Fax. (214) 423-5111
      ***ATTORNEY FOR DEFENDANT***
      ***RESTORED INVESTMENTS***

# CERTIFICATE OF SERVICE

I certify that on March 21, 2016, the foregoing document was served via United States mail and email upon the following:

George Morris
P.O. Box 864091
Plano, Texas 75086
DNC.Violations@gmail.com

Kelley C. Cox
Dentons US LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
Phone: (214) 259-0900
Kelley.cox@dentons.com
***Counsel for Co-Defendant,***
***Pella Corporation***

/s/ W. Todd Albin
W. Todd Albin