IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GEORGE MORRIS,<br><br>　　Plaintiff,<br><br>vs.<br><br>RESTORED INVESTMENTS, LLC;<br>PELLA CORPORATION,<br><br>　　Defendants. | §§§§§§§§§§§§§§§  Cause No. 4:16-cv-208 |

## LIST OF PARTIES, ATTORNEYS, STATE COURT, AND OTHER INFORMATION

Defendant files its List of Parties, Counsel, State Court, and Other Information required under Local Rule 81:

### I. PARTIES AND COUNSEL

**Party**　　　　　　　　　　　　　　　**Counsel**

Plaintiff:　　　　　　　　　　　　　　*Pro se*
　　　　　　　　　　　　　　　　　　George Morris
　　　　　　　　　　　　　　　　　　P.O. Box 864091
　　　　　　　　　　　　　　　　　　Plano, Texas 75086
　　　　　　　　　　　　　　　　　　DNC.Violations@gmail.com
　　　　　　　　　　　　　　　　　　(972) 943-9799



EXHIBIT B

| | |
|---|---|
| <u>Defendant</u>: | Pella Corporation |
| | C. Michael Moore |
| | |
| | State Bar No. 14323600 |
| | c.michael.moore@dentons.com |
| | Kelley C. Cox |
| | State Bar No. 24092291 |
| | kelley.cox@dentons.com |
| | Dentons US LLP |
| | 2000 McKinney Avenue, Suite 1900 |
| | Dallas, TX 75201-1858 |
| | (214) 259-0900 -- *Telephone* |
| | (214) 259-0910 -- *Facsimile* |
| | Alan H. Silberman |
| | Sate bar No. 2603721 |
| | alan.silberman@dentons.com |
| | 233 South Wacker Drive, Suite 5900 |
| | Chicago, IL 60606-6361 |
| | (312) 876-8000 -- *Telephone* |
| | (312) 876-7934 -- *Facsimile* |
| | |
| <u>Defendant</u>: | Restored Investments, LLC |
| | Todd Albin |
| | State Bar No. 00795214 |
| | talbin@albinroach.com |
| | Albin Roach, PLLC |
| | 5665 Dallas Parkway Suite 200 |
| | Frisco, TX 75034 |
| | 214-423-5100 -- *Telephone* |
| | 214-423-5111 -- *Facsimile* |

## II. <u>State Court and Other Information</u>

Defendant removes this case from the Collin County Justice Court, Precinct 3-1, 920 East Park Blvd., Suite 220 Plano, Texas 75074.