**PETITION: SMALL CLAIMS CASE**

EXHIBIT 1

CASE NUMBER (Court Use Only): 31-SC- 16-00050

**Plaintiff(s):** George Morris
**Address:** PO B 864091
City: Plano  State: TX  Zip: 75086  Phone: ∅

**IN THE JUSTICE COURT**

JUSTICE OF THE PEACE
PRECINCT 3-1

VS.

**Defendant(s):** Restored Investments LLC
**By Serving:** Diane M Ferrante
**Phone:** 214-263-4880
**Address:** 2300 Pinehurst Dr
City: Flower Mound  State: TX  Zip: 75028  County: Denton

COLLIN COUNTY, TEXAS

Service: Denton County Sheriff
$75→ JP-4: 972-434-3980
217 N. Oak St.
Roanoke TX 76262

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
Defendant placed 5 sales calls to plaintiff's Do Not Call (DNC) list registered phone number in violation of the Telephone Consumer Protection Act (TCPA). These calls were willful violations of the law & plaintiff seeks $1500 damages per call.

**RELIEF:** Plaintiff seeks damages in the amount of $7500.00, and/or return of personal property as described as follows (be specific): n/a, which has a value of $ n/a.
Additionally, plaintiff seeks the following: Court fees of $41 + $75 + $75

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

FILED 2016 FEB 19 PM 3:10 BY CLERK JUSTICE COURT PCT. 3-1

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:

George Morris
Petitioner's Printed Name

[signature] GM
Signature of Plaintiff or Attorney

PO Box 864091
Address of Plaintiff or Attorney

Plano  TX  75086
City  State  Zip

∅
Phone Number/Fax Number

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE ONE OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

[SEAL: JUSTICE COURT PRECINCT 3-1 COLLIN COUNTY TEXAS]

CLERK JUSTICE COURT
JUSTICE COURT PCT. 3-1
COLLIN COUNTY, TEXAS

920 East Park Blvd, Ste 220, Plano, TX 75074 Ph#972-881-3001; Fax#972-881-3157; email: jp3_1admin@collincountytx.gov

## PETITION: SMALL CLAIMS CASE

CASE NUMBER (Court Use Only): 31-SC- 16-00050

**Plaintiff(s):** _____
Address: _____
_____
City    State    Zip    Phone

VS.

2nd **Defendant(s):** Pella Corporation
By Serving: Corporation Service Company
Phone: 866-403-5272
Address: 211 E 7th St, Suite 620
Austin    TX    78701-3218
City    State    Zip    County

**IN THE JUSTICE COURT**

JUSTICE OF THE PEACE
PRECINCT 3-1

COLLIN COUNTY, TEXAS

Service:
Constable Carlos Lopez
PO Box 1748
Austin TX 78767

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
See 1st sheet.
_____
_____
_____

**RELIEF:** Plaintiff seeks damages in the amount of $_____, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: _____
_____

FILED 2016 FEB 19 PM 3:10 BY CLERK JUSTICE COURT PCT 3-1

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
_____

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: _____

George Morris
Petitioner's Printed Name

[signature]
Signature of Plaintiff or Attorney
PO Box 86409
Address of Plaintiff or Attorney
Plano    TX    75086
City    State    Zip
_____
Phone Number/Fax Number

920 East Park Blvd, Ste 220, Plano, TX 75074 Ph#972-881-3001; Fax#972-881-3157; email: jp3_1admin@collincountytx.gov

**EXHIBIT 2**

CASE NO. 31 SC 16-00050

## AFFIDAVIT SECTION 201 (b)

Plaintiff being duly sworn on oath deposes and says that defendant (s):

(Please check the **ONE** that applies, sign below as Plaintiff and have this form Notarized)

1st Defendant Restored Investments

[ ] is NOT in the military.

[ ] is NOT on active duty in the military and/or

[ ] is NOT in a foreign country on military service.

[ ] is on active military duty and/or is subject to the Servicemembers Civil Relief Act of 2003.

[ ] defendant has waived his rights under the Servicemembers Civil Relief Act of 2003.

[✓] military status is unknown at this time.

_____
PLAINTIFF

Sworn to and subscribed before me on the 19th day of Feb., 2016

STATE OF TEXAS
COUNTY OF COLLIN

FILED 2016 FEB 19 PM 3:10 BY CLERK JUSTICE COURT PCT 3-1

_____      _____
NOTARY PUBLIC SIGNATURE                               SEAL

OR

_____      _____
CLERK OF THE COURT                                    CLERK SEAL

(Clerk of the Justice Court, Collin County, Texas seal)

Penalty for making or using false affidavit -- a person who makes or uses an affidavit knowing it to be false, shall be fined as provided in the Title 18 United States Code, or imprisoned for not more than one year, or both.

Judge Chuck Ruckel Pct. 3, Plc. 1        920 E. Park Blvd.        Suite 220        Plano, Texas 75074

CASE NO. 31-**31 SC 16 00050**

## AFFIDAVIT SECTION 201 (b)

Plaintiff being duly sworn on oath deposes and says that defendant (s):

2nd Defendant: Pella Corp-

(Please check the **ONE** that applies, sign below as Plaintiff and have this form Notarized)

[ ] is NOT in the military.

[ ] is NOT on active duty in the military and/or

[ ] is NOT in a foreign country on military service.

[ ] is on active military duty and/or is subject to the Servicemembers Civil Relief Act of 2003.

[ ] defendant has waived his rights under the Servicemembers Civil Relief Act of 2003.

[✓] military status is unknown at this time.

FILED 2016 FEB 19 PM 3:10 BY CLERK JUSTICE COURT PCT 3-1

_____
PLAINTIFF

Sworn to and subscribed before me on the **19** day of **Feb.**, 20**16**

STATE OF TEXAS
COUNTY OF COLLIN

_____          _____
NOTARY PUBLIC SIGNATURE              SEAL

OR

_____          _____
CLERK OF THE COURT                   CLERK SEAL

(Clerk of the Justice Court, Collin County, Texas seal)

Penalty for making or using false affidavit -- a person who makes or uses an affidavit knowing it to be false, shall be fined as provided in the Title 18 United States Code, or imprisoned for not more than one year, or both.

Judge Chuck Ruckel Pct. 3, Plc. 1     920 E. Park Blvd.     Suite 220     Plano, Texas 75074

EXHIBIT 3

# JUSTICE COURT CIVIL CASE INFORMATION SHEET (4/13)

CAUSE NUMBER (FOR CLERK USE ONLY): 31 SC 16-16-00050

STYLED _____

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | 2. Names of parties in case: |
|---|---|
| Name: George Morris<br>Telephone: Ø<br>Address: PO Box 864091<br>Fax: Ø<br>City/State/Zip: Plano TX 75086<br>State Bar No: Ø<br>Email: DNC.Violations@gmail.com<br>Signature: GM | Plaintiff(s): George Morris<br><br>Defendant(s): Restored Investments LLC & Pella Corporation<br><br>[Attach additional page as necessary to list all parties] |

**3. Indicate case type, or identify the most important issue in the case** (select only 1):

☐ **Debt Claim**: A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ **Eviction**: An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ **Repair and Remedy**: A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☒ **Small Claims**: A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

FILED 2016 FEB 9 PM 3:10 JUSTICE COURT PCT 3-1