IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
TEXAS SHERMAN DIVISION

George Morris

Plaintiff,
vs.

Cause No. 4:16-cv-208

Restored Investments, LLC;
Pella Corporation

Defendants.

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff George Morris and Defendants Restored Investments, LLC and Pella Corporation (collectively, the "Parties") file this Agreed Stipulation of Dismissal With Prejudice. The Parties have conferred and mutually agree to dismiss any and all of Plaintiff's Claims and Defendants' counter-Claims pending or arising in connection with the Morris Action WITH PREJUDICE.

Plaintiff and Defendants respectfully request that the Court sign and enter the Agreed Order of Dismissal with Prejudice filed contemporaneously herewith.

Respectfully submitted,

*/s/ C. Michael Moore*
C. Michael Moore
State Bar No. 14323600
c.michael.moore@dentons.com
Kelley C. Cox
State Bar No. 24092291
kelley.cox@dentons.com
Dentons US LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858
(214) 259-0900 -- *Telephone*
(214) 259-0910 -- *Facsimile*
Alan H. Silberman
State bar No. 2603721
alan.silberman@dentons.com
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
(312) 876-8000 -- *Telephone*
(312) 876-7934 --*Facsimile*
***ATTORNEYS FOR DEFENDANT***
***PELLA CORPORATION.***

*/s/ Todd Albin*
Todd Albin
Albin Roach, PLLC
5665 Dallas Parkway Suite 200
Frisco, TX 75034
talbin@albinroach.com
***ATTORNEY FOR CO-DEFENDANT***
***RESTORED INVESTMENTS, LLC***

*/s/ George Morris*
George Morris
P.O. Box 864091 Plano, Texas 75086
DNC.Violations@gmail.com
***Plaintiff***

## **CERTIFICATE OF SERVICE**

I certify that on September 20, 2016, the foregoing document and all associated Exhibits were served via email on:

George Morris
P.O. Box 864091
Plano, Texas 75086
DNC.Violations@gmail.com

Todd Albin
Albin Roach, PLLC
5665 Dallas Parkway Suite 200 Frisco, TX 75034
talbin@albinroach.com

***ATTORNEY FOR CO-DEFENDANT RESTORED INVESTMENTS, LLC***

                                                     */s/ Kelley C. Cox*