# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| GEORGE MORRIS, § § | |
| § | Civil Action No.  4:16-CV-208 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| RESTORED INVESTMENTS, LLC, § | |
| PELLA CORPORATION. § | |

## ORDER OF DISMISSAL

Came on to be considered this day the Agreed Stipulation of Dismissal with Prejudice (Dkt. #12) jointly filed in this cause by Plaintiff George Morris ("Plaintiff") and Defendants Restored Investments, LLC and Pella Corporation ("Defendants") (collectively, the "Parties"). After considering the Parties' Agreed Stipulation of Dismissal with Prejudice and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants are hereby dismissed with prejudice.  Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

 **SIGNED this 21st day of September, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE